1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CLAUDIE TYLER,<br>CDCR No. K-19763,<br><br>                                    Plaintiff,<br><br>              vs.<br><br><br>DOCTOR LU,<br><br>                                    Defendant. | Case No.:  23cv2284-LL-SBC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| --- | --- |

On December 13, 2023, Plaintiff Claudie Tyler ("Plaintiff"), a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1, Complaint ("Compl."). Plaintiff claims that while he was incarcerated at the Richard J. Donovan Correctional Facility ("RJD") in San Diego, California, his treating physician, Defendant Dr. Lu ("Defendant"), discontinued his diabetes medication for nearly two years in violation of the Eighth Amendment. *Id*. at 3. Plaintiff has paid the civil filing fee. ECF No. 6.

On December 27, 2023, the Court granted Plaintiff leave to proceed IFP and dismissed the Complaint without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). ECF No. 7. The Court found the Complaint contained no factual allegations which plausibly alleged that Defendant discontinued Plaintiff's medication in deliberate indifference to Plaintiff's medical needs.

1

1    *Id.* at 3–5. Plaintiff was granted leave to amend on or before April 18, 2024, and was

2    specifically instructed that if he failed to file an amended complaint within the time

3    provided the Court would enter a final Order dismissing this civil action based both on

4    Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §

5    1915A(b)(1), and his failure to prosecute in compliance with a court order requiring

6    amendment. *Id.* at 5–6; *see also Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If

7    a plaintiff does not take advantage of the opportunity to fix his complaint, a district court

8    may convert the dismissal of the complaint into dismissal of the entire action."). To date,

9    Plaintiff has not filed an amended complaint.

10       Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE**. The

11    Clerk of Court shall enter judgment accordingly.

12       **IT IS SO ORDERED.**

13    Dated:  June 12, 2024

14

15    Honorable Linda Lopez
   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28